# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD F. PLASTINO and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRIS KOSTER, in his Official Capacity as<br>Attorney General of the State of Missouri, and<br>TOM NEER, in his Official Capacity as<br>Sheriff of St. Charles County, Missouri,<br><br>    Defendants. | Case No. 4:12-CV-01316-CAS |

## ENTRY OF APPEARANCE

COMES NOW Toby J. Dible, Assistant St. Charles County Counselor, and enters her appearance as counsel on behalf of Defendant Sheriff Tom Neer.

**OFFICE OF THE ST. CHARLES
COUNTY COUNSELOR**

/s/ Toby J. Dible
Toby J. Dible #62727MO

Assistant County Counselor
100 North Third Street, Suite 216
St. Charles, Missouri 63301
Tel:  636-949-7540
Fax:  636-949-7541

tdible@sccmo.org

*Attorney for Defendant Tom Neer*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2012, a true copy of the foregoing was delivered through the Court's electronic filing system, according to the information available on the system at the time of filing, or sent directly by e-mail, to the following:

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, Illinois 60137
dsigale@sigalelaw.com

Matthew T. Singer
THE LAW OFFICE OF MATTHEW T. SINGER
6963 Waterman Avenue
St. Louis, Missouri 63130
MTSinger@MTSinger.com

*Attorneys for Plaintiffs*

/s/ Toby J. Dible
Toby J. Dible