IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD F. PLASTINO and, <br> SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS KOSTER, in his Official Capacity as <br> Attorney General of the State of Missouri; and <br> TOM NEER, in his Official Capacity as <br> Sheriff of St. Charles County, Missouri, <br><br> Defendants. | Case No. 4:12-cv-01316-CAS |

## Entry of Appearance

Andrew M. Hartnett, Chief of Staff, Missouri Attorney General's Office, hereby enters his appearance for Defendant Missouri Attorney General Chris Koster.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

By: /s/ *Andrew M. Hartnett*
Andrew M. Hartnett, Mo. Bar No. 60034
Chief of Staff
John R. Phillips, Mo. Bar No. 55159
Assistant Attorney General
P.O. Box 899
Jefferson City, MO  65102
(573) 751-8807
(573) 751-2203 (facsimile)
andrew.hartnett@ago.mo.gov
john.phillips@ago.mo.gov

ATTORNEYS FOR DEFENDANT CHRIS KOSTER

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of September, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and also mailed by United States mail, postage prepaid, to:

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Rd., Ste. 304
Glen Ellyn, IL 60137

Matthew T. Singer
Law Office of Matthew T. Singer
6963 Waterman
St. Louis, MO 63130

/s/ *Andrew M. Hartnett*