# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

EDWARD F. PLASTINO and )
SECOND AMENDMENT FOUNDATION, INC., )
                                             )
             Plaintiffs, )
                                               )
     v. )            Case No. 4:12-CV-1316
                                               )
CHRIS KOSTER, in his Official Capacity as )
Attorney General of the State of Missouri; and )
TOM NEER, in his Official Capacity as )
Sheriff of St. Charles County, Missouri, )
                                             )
             Defendants. )

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COME NOW the Plaintiffs, EDWARD F. PLASTINO and SECOND AMENDMENT FOUNDATION, INC., by and through undersigned counsel, and move for the entry of an order:

1.      Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing from enforcing the United States citizenship requirement of § 571.101.2(1) RSMo against the Plaintiffs and/or their members;

2.      Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing any other sections of the Missouri Statutes which restrict lawfully admitted aliens, including Plaintiffs and their members, firearms rights and privileges based on citizenship.

3.      A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: December 31, 2012          Respectfully submitted,

By:  _____/s/ David G. Sigale_____
            David G. Sigale

Matthew T. Singer, Esq. (MO ED Fed No.5262301)
THE LAW OFFICE OF MATTHEW T. SINGER
6963 Waterman Avenue
St. Louis, MO 63130
Tel:  (314) 272-3388
Fax:  (877) 816-7884
MTSinger@MTSinger.com

LEAD COUNSEL:
David G. Sigale, Esq. (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
Tel:  630.452.4547
Fax:  630.596.4445
dsigale@sigalelaw.com
Admitted *Pro hac vice*

*Attorneys for Plaintiff*