IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD F. PLASTINO and, SECOND AMENDMENT FOUNDATION, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> CHRIS KOSTER, in his Official Capacity as Attorney General of the State of Missouri; and <br> TOM NEER, in his Official Capacity as Sheriff of St. Charles County, Missouri, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:12-cv-01316-CAS |

## **MOTION TO WITHDRAW AS COUNSEL**

Andrew M. Hartnett, hereby withdraws as counsel for Defendant Attorney General Chris Koster.

 Respectfully submitted,

 **CHRIS KOSTER**
 Attorney General

 /s/ *Andrew M. Hartnett*
 Andrew M. Hartnett
 Mo. Bar No. 60034
 P.O. Box 899
 Jefferson City, MO 65102
 (573) 751-1800
 (573) 751-0774 (facsimile)
 Andrew.Hartnett@ago.mo.gov

 ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and also mailed by United States mail, postage prepaid, to:

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Rd., Ste. 304
Glen Ellyn, IL  60137

Matthew T. Singer
Law Office of Matthew T. Singer
6963 Waterman
St. Louis, MO  63130

  /s/ *Andrew M. Hartnett*