IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD PLASTINO, et al., | ) |
| Plaintiff, | ) |
| v. | ) Case No: 4:12CV1316CAS |
| CHRIS KOSTER, et al., | ) |
| Defendants. | ) |

**Consent Motion to File a Response Out of Time**

Defendant Missouri Attorney General Chris Koster hereby moves this Court for an Order permitting the out of time filing of his Suggestions in Opposition to Plaintiffs' Motion for a Preliminary Injunction. In further support, Defendant Koster states the following:

1. Defendant Koster's Suggestions in Opposition are attached as an exhibit hereto.

2. Plaintiffs' counsel and counsel for Defendant Neer have consented to this request.

3. Plaintiffs' counsel has requested that their reply to the suggestions in opposition filed by Defendant Neer on January 7, 2013 and the suggestions in opposition filed by Defendant Koster herewith be due on February 20, 2013. Counsel for both defendants consent to this request.

4. No party will be prejudiced by this request.

WHEREFORE, Defendant Chris Koster requests that this Court grant Defendant's request and Order that the attached Suggestions in Opposition to Plaintiffs' Motion for a Preliminary Injunction be filed and Order that the Plaintiffs' reply be due on February 20, 2013.

    Respectfully submitted,

    CHRIS KOSTER
    Attorney General

    */s/ Joanna Trachtenberg*

    JOANNA TRACHTENBERG
    Assistant Attorney General
    Mo. Bar. No. 63298
    P.O. Box 899
    Jefferson City, MO 65102
    Phone (573) 751-8869
    Fax (573) 751-9456
    E-mail: Joanna.Trachtenberg@ago.mo.gov

    ATTORNEY FOR DEFENDANT
    CHRIS KOSTER

## CERTIFICATE OF SERVICE

I hereby certify on this 6th day of February, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

David G. Sigale
739 Roosevelt Road
Suite 304
Glen Ellyn, Illinois 60137

Matthew Singer
6963 Waterman
St Louis, Missouri 63130

Robert Hoeynck, Jr.
Toby Dible
St. Charles County
Counselor Office
100 North Third Street
Suite 216
St. Charles, Missouri 63301

                                                                 */s/ Joanna Trachtenberg*
                                                             Assistant Attorney General