# EXHIBIT A



## National Crime Information Center

Home • About Us • CJIS • NCIC • NCIC Files

### NCIC Files

The NCIC database includes 21 files: seven property files and 14 person files.

- **Article File**—Records on stolen articles and lost public safety, homeland security, and critical infrastructure identification.
- **Gun File**—Records on stolen, lost, and recovered weapons and weapons used in the commission of crimes that are designated to expel a projectile by air, carbon dioxide, or explosive action.
- **Boat File**—Records on stolen boats.
- **Securities File**—Records on serially numbered stolen, embezzled, used for ransom, or counterfeit securities.
- **Vehicle File**—Records on stolen vehicles, vehicles involved in the commission of crimes, or vehicles that may be seized based on federally issued court order.
- **Vehicle and Boat Parts File**—Records on serially numbered stolen vehicle or boat parts.
- **License Plate File**—Records on stolen license plates.
- **Missing Persons File**—Records on individuals, including children, who have been reported missing to law enforcement and there is a reasonable concern for their safety.
- **Foreign Fugitive File**—Records on persons wanted by another country for a crime that would be a felony if it were committed in the United States.
- **Identity Theft File**—Records containing descriptive and other information that law enforcement personnel can use to determine if an individual is a victim of identity theft of if the individual might be using a false identity.
- **Immigration Violator File**—Records on criminal aliens whom immigration authorities have deported and aliens with outstanding administrative warrants of removal.
- **Protection Order File**—Records on individuals against whom protection orders have been issued.
- **Supervised Release File**—Records on individuals on probation, parole, or supervised release or released on their own recognizance or during pre-trial sentencing.
- **Unidentified Persons File**—Records on unidentified deceased persons, living persons who are unable to verify their identities, unidentified victims of catastrophes, and recovered body parts. The file cross-references unidentified bodies against records in the Missing Persons File.
- **U.S. Secret Service Protective File**—Records containing names and other information on individuals who are believed to pose a threat to the U.S. president and/or others afforded protection by the U.S. Secret Service.
- **Gang File**—Records on violent gangs and their members.
- **Known or Appropriately Suspected Terrorist File**—Records on known or appropriately suspected terrorists in accordance with HSPD-6.
- **Wanted Persons File**—Records on individuals (including juveniles who will be tried as adults) for whom a federal warrant or a felony or misdemeanor warrant is outstanding.
- **National Sex Offender Registry File**—Records on individuals who are required to register in a jurisdiction's sex offender registry.
- **National Instant Criminal Background Check System (NICS) Denied Transaction File**—Records on individuals who have been determined to be "prohibited persons" according to the Brady Handgun Violence Prevention Act and were denied as a result of a NICS background check. (As of August 2012, records include last six months of denied transactions; in the future, records will include all denials.)
- **Violent Person File**—Once fully populated with data from our users, this file will contain records of persons with a violent criminal history and persons who have previously threatened law enforcement.

### For More Information

- History and Milestones
- NCIC Files
- NCIC Missing Person and Unidentified Person Statistics:
  2010 | 2009 | 2008 | 2007
- Off-line Searches

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close