## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD F. PLASTINO and ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHRIS KOSTER, in his Official Capacity as ) <br> Attorney General of the State of Missouri; and ) <br> TOM NEER, in his Official Capacity as ) <br> Sheriff of St. Charles County, Missouri, ) <br> ) <br> Defendants. ) | Case No. 4:12-CV-1316 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME

COME NOW the Plaintiffs, EDWARD F. PLASTINO and SECOND AMENDMENT FOUNDATION, INC., by and through undersigned counsel, and move this Honorable Court for leave to file their Reply to Defendant NEER's Response to their Motion for Preliminary Injunction out of time. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed a Motion for Preliminary Injunction on December 31, 2012.

2. The Court recently gave Plaintiffs until February 20, 2013 to file a Reply.

3. Despite Plaintiffs' best efforts, and due to counsel's caseload, Plaintiffs required an extra day to complete the Reply.

4. Therefore, Plaintiffs ask for leave to also file their Reply to Defendants' Responses, *instanter*.

5. The proposed Reply brief is attached hereto as an Exhibit.

WHEREFORE, the Plaintiffs request this Honorable Court:

1.      Grant Plaintiffs leave to file their Reply to Defendants' Responses to their Motion for Preliminary Injunction, *instanter*;

2.      Grant Plaintiffs any and all further relief as this Court deems just and proper.

Dated: February 21, 2012                              Respectfully submitted,

                                                            By: _____/s/ David G. Sigale_____
                                                                        David G. Sigale

                                                            Matthew T. Singer, Esq. (MO ED Fed No.5262301)
                                                            THE LAW OFFICE OF MATTHEW T. SINGER
                                                            6963 Waterman Avenue
                                                            St. Louis, MO 63130
                                                            Tel:  (314) 272-3388
                                                            Fax:  (877) 816-7884
                                                            MTSinger@MTSinger.com

                                                            LEAD COUNSEL:
                                                            David G. Sigale, Esq. (Atty. ID# 6238103 (IL))
                                                            LAW FIRM OF DAVID G. SIGALE, P.C.
                                                            739 Roosevelt Road, Suite 304
                                                            Glen Ellyn, IL 60137
                                                            Tel:  630.452.4547
                                                            Fax:  630.596.4445
                                                            dsigale@sigalelaw.com
                                                            Admitted *Pro hac vice*

                                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on February 21, 2013, he served a copy of the above Motion, and this certificate of service, on all counsel of record by electronic means pursuant to Electronic Case Filing (ECF).


                                                    /s/ David G. Sigale  
                                                        David G. Sigale