UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD F. PLASTINO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:12-CV-1316 CAS |
| CHRIS KOSTER, et al., | ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that a hearing on plaintiffs' motion for preliminary injunction is set for **Tuesday, April 23, 2013, at 1:30 p.m.** at the Thomas F. Eagleton United States Courthouse.

**IT IS FURTHER ORDERED** that on or before **April 15, 2013,** plaintiffs shall file with the Court a proposed preliminary injunction order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this     26th     day of March, 2013.