UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE CHARLES A. SHAW
COURTROOM PROCEEDING -COURTROOM 3N
COURTROOM MINUTE SHEET CIVIL


CASE NO.  **4:12cv1316 CAS**

**Plastino et al v. Koster et al.**

DATE:   **4/23/2013**

Court Reporter: **Patti Dunn Wecke**

Deputy Clerk: **K. Harris**

Attorneys for Plaintiffs:     **David Sigale, Matthew Singer**


Attorney for Defendants:     **Joanna Trachtenberg, Robert Hoeynck, Toby Dible**


( )  Parties present by telephone for hearing on:

**Preliminary Injunction Hearing:**

**The parties present for preliminary injunction hearing.  The parties make argument.  The Court takes the matter under submission.**


Proceeding Commenced: **1:33 p.m.**
Proceeding Concluded:   **1:59 p.m.**