## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD F. PLASTINO and ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHRIS KOSTER, in his Official Capacity as ) <br> Attorney General of the State of Missouri; and ) <br> TOM NEER, in his Official Capacity as ) <br> Sheriff of St. Charles County, Missouri, ) <br> ) <br> Defendants. ) | Case No. 4:12-CV-1316 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs EDWARD F. PLASTINO and SECOND AMENDMENT FOUNDATION, INC. hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order of April 24, 2013 (Doc. #43) that denied Plaintiffs' motion for a preliminary injunction.


Dated:  April 29, 2013                                    Respectfully submitted,

David G. Sigale, Esq. (#6238103 (IL))      Matthew T. Singer, Esq. (MO ED Fed No.5262301)
LAW FIRM OF DAVID G. SIGALE, P.C.    THE LAW OFFICE OF MATTHEW T. SINGER
739 Roosevelt Road, Suite 304                  6963 Waterman Avenue
Glen Ellyn, IL 60137                                   St. Louis, MO 63130
630.452.4547                                              (314) 272-3388
dsigale@sigalelaw.com                             MTSinger@MTSinger.com
Admitted *pro hac vice*

                                                                By:         /s/ David G. Sigale
                                                                                  David G. Sigale

                                                                One of the Attorneys for Plaintiffs

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

     1.     On April 29, 2013, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

     2.     Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                    /s/ David G. Sigale
                                   One of the Attorneys for Plaintiffs