US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:                                                         USCA#: _____

Plastino, et al. v. Koster, et al.

Case Number:

4;12cv1316 CAS

| Plaintiff: | Defendant: |
|---|---|
| Edward R. Plastino et al | Chris Koster et al |
| **Attorney:** | **Attorney:** |
| David G. Sigale<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>739 Roosevelt Rd.<br>Ste. 304<br>Glen Ellyn, IL 60137<br>630-452-4547<br>Fax: 630-596-4445<br>Email: dsigale@sigalelaw.com | |
| Matthew T. Singer<br>LAW OFFICE OF MATTHEW T. SINGER<br>6963 Waterman<br>St. Louis, MO 63130<br>314-272-3388<br>Fax: 877-816-7884<br>Email: mtsinger@mtsinger.com | SEE DOCKET SHEET |

Court Reporter:                    Please return files and documents to:

                                   Clerk, Eastern District of Missouri

                                   Person to contact about the appeal::

                                   Beth Kirkland   244-7925

Patti Dunn Wecke

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| INTERLOCUTORY | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| DAVID SIGALE | [15] MOTION TO DISMISS | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

   Is defendant incarcerated?     Yes        No        Where: _____

Please list all other defendants in this case if there were multiple defendants: