# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD F. PLASTINO and <br> SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS KOSTER, in his Official Capacity as <br> Attorney General of the State of Missouri; and <br> TOM NEER, in his Official Capacity as <br> Sheriff of St. Charles County, Missouri, <br><br> Defendants. | Case No. 4:12-CV-1316 |

## F.R.CIV.P. 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs, EDWARD F. PLASTINO and SECOND AMENDMENT FOUNDATION, INC. (hereinafter "Plaintiffs"), pursuant to F.R.Civ.P. 41(a)(2), hereby move to voluntarily dismiss the instant lawsuit. In support thereof, Plaintiffs state as follows:

1. Plaintiffs challenged Revised Statutes of Missouri § 571.101.2(1)), which denied concealed carry permits to non-citizens.

2. Since this lawsuit was filed, MRS § 571.101.2(1)) was amended by the recently enacted SB75, to now allow lawful resident aliens to obtain concealed carry permits.

3. Further, since this lawsuit was filed, Plaintiff Plastino has received his concealed-carry permit.

4. Therefore, the Plaintiffs contend the subject matter of the lawsuit is now moot and request this matter be dismissed, each party to bear its own costs.

     5.     Plaintiffs' Counsel, by signature below, swears to the factual matter contained herein as an Affidavit.

Dated: October 10, 2013

Respectfully submitted,

David G. Sigale (Atty. ID# 6238103 (IL))
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60532
630.452.4547/Fax 630.596.4445
* Counsel of Record

Matthew T. Singer, Esq. (MO ED # 5262301)
The Law Office of Matthew T. Singer
6963 Waterman Avenue
St. Louis, MO 63130
(314) 272-3388/Fax (877) 816-7884


By:   /s/ David G. Sigale
          David G. Sigale

One of the Attorneys for Plaintiffs